USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-26-19

EdwNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
United States of America,

**ORDER**

**19-CR-499 (ALC)**

-against-

Jose Martes et al
--------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

Due to a conflict on the Court's calendar, the Status Conference scheduled for December 6, 2019 is adjourned to **2:00 p.m.**

**SO ORDERED.**

Dated: New York, New York
November 26, 2019

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE