

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 3, 2019

**BY ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-5-19

Re: *United States v. Jose Martes & Jorge Acosta Rodriguez*, 19 Cr. 499 (ALC)

Dear Judge Carter:

To allow additional time to review discovery and conduct conversations relating to potential dispositions of this matter, the parties respectfully request an adjournment of the conference scheduled for December 6, 2019 to a date after January 13, 2019. The parties also request that that time be excluded under the Speedy Trial Act through the next conference date. Such an exclusion would be in the interests of justice, as it would allow, among other things, the defendants time to review discovery and contemplate motions and the parties time to discuss possible dispositions of this matter. *See* 18 U.S.C. § 3161(h)(7)(A).

In addition, the Court previously adjourned conferences in this matter, at the request of defense counsel, on October 1, 2019 and November 5, 2019. (Dkt. Nos. 21, 25.) In both requests the parties requested the exclusion of time and the Court endorsed the request in full. The Government understands, through discussions with Your Honor's Deputy, that the Court intended to exclude Speedy Trial Time through the endorsement; however, that order is not reflected on the docket. To the extent the Government is correct, the Government respectfully requests that the Court direct the docketing clerk to update the docket entries following filings numbers 21 and 25 to reflect the exclusion of time through November 6, 2019.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: *Daniel Nessim*
Daniel Nessim
Assistant United States Attorney
(212) 637-2486

Application granted.
Status Conference adjourned to 1-17-20 at 10:00 a.m.

So Ordered.
*Andrew L. Carter*
12-5-19