USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **1-17-20**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

Jose Martes and Jorge Rodriguez,

         Defendants.,
----------------------------------------------------------X

19 Cr. 499 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    At the January 17, 2020 status conference, the parties requested an exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 until March 3, 2020 to allow the parties to continue engaging in plea negotiations.

    The Court finds that the interests of justice are served by such an exclusion to allow the parties to continue engaging in plea negotiations and, that those interests outweigh the interests of the defendants and the public in a speedy trial.

    Accordingly, it is ORDERED: the time from January 17, 2020 through March 3, 2020 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
       January 17, 2020

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE