```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/31/20
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x
**UNITED STATES OF AMERICA,**

                **Plaintiff,**

        -against-

**JOSE MARTES,**

                **Defendant.**

-------------------------------------------------------------------- x

**19-CR-499 (ALC)**

<u>**ORDER**</u>

**ANDREW L. CARTER, JR., District Judge:**

The sentencing scheduled for September 14, 2020 is adjourned to **November 6, 2020** at **10:00 a.m.**

**SO ORDERED.**

**Dated:**      **New York, New York**
                **August 31, 2020**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**