```
USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 11-6-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                                  **ORDER**

                                                  19-CR-499 (ALC)

        -against-

Jose Martes,

-----------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

        The Sentencing scheduled for November 6, 2020 is adjourned to **March 11, 2021** at **12:00 p.m.**

        SO ORDERED.

Dated: New York, New York
        November 6, 2020

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE