USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___3/2/21___

 UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,                     :
                                              :
                              Plaintiff,      :
                                              :     19-CR-499 (ALC)
              -against-                        :
                                              :     **ORDER**
JOSE MARTES,                                  :
                                              :
                              Defendant.      :
                                              :
-------------------------------------------------------------------- :
                                              x

**ANDREW L. CARTER, JR., District Judge:**

The sentencing scheduled for March 11, 2021 is adjourned to **June 3, 2021** at

**11:30 a.m.**

**SO ORDERED.**

**Dated:**      **New York, New York**
              **March 2, 2021**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**