MEMO ENDORSED

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-21-21

LAW OFFICE OF
**JESSE M. SIEGEL**
299 Broadway, Suite 800
New York, New York 10007

(Tel) 212-207-9009
(Fax) 212-732-1339

JesseMSiegel@aol.com

May 20, 2021

**BY ECF**

Hon. Andrew L. Carter, Jr., District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Martes*, 19 Cr. 499 (ALC).

Dear Judge Carter:

    I am counsel to Jose Martes, defendant herein. Mr. Martes is scheduled to be sentenced on June 3rd at 3:00. I request that sentencing be adjourned about 60 days, to a date and time convenient for the Court on or about August 3rd.

    I make this request because Mr. Martes has requested that I see him in person (at MDC Brooklyn) before sentencing. I think this request is reasonable, but I am not certain when I will be able to do so, especially since visiting is by appointment only, and I need to find an interpreter willing to accompany me. Additionally, Mr. Martes is concerned that MDC Brooklyn still requires that inmates be quarantined upon returning from court.

    I have spoken with A.U.S.A. Daniel Nessim, who consents to this request. There have been multiple adjournments of sentencing due to the coronavirus pandemic. Mr. Martes is subject to a five-year mandatory minimum sentence, so there is no chance that adjournment will delay his release from custody.

    Thank you for your attention to this application.

Very truly yours,

/s
Jesse M. Siegel

The application is granted. Sentencing adjourned to 8/10/21 at 2 p.m. So Ordered.
/s/ Andrew L. Carter
5-21-21