```
USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 7-26-21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
United States of America,

                          **ORDER**
                          19-CR-499 (ALC)

        -against-

Jose Martes,

------------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

    The sentencing set for August 10, 2021 is adjourned to **August 26, 2021** at **12:00 p.m.**

    **SO ORDERED.**

Dated: New York, New York
       July 26, 2021

                                                _____
                                                ANDREW L. CARTER, JR.
                                                UNITED STATES DISTRICT JUDGE