USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-24-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United States of America,

                                **ORDER**
                              19-CR-499 (ALC)

        -against-

Jose Martes,

-------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

    The sentencing set for August 26, 2021 is adjourned to **September 9, 2021** at **1:00 p.m.**

    **SO ORDERED.**

Dated: New York, New York
       August 24, 2021

*/s/ Andrew L. Carter, Jr.*
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE