USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-26-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                                                 **ORDER**
                                                                 19-CR-499 (ALC)

          -against-

Jose Martes,

-----------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

      The sentencing set for September 9, 2021 is adjourned to **September 14, 2021** at **10:00 a.m.**

      **SO ORDERED.**

Dated: New York, New York
         August 26, 2021

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**