MEMO ENDORSED

LAW OFFICE OF
## JESSE M. SIEGEL

(Tel) 212-207-9009
(Fax) 212-619-6742

299 Broadway, Suite 800
New York, New York 10007

JesseMSiegel@aol.com

August 31, 2021

**BY ECF**

Hon. Andrew L. Carter, District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-21

Re: *United States v. Jose Martes*, 19 Cr. 499 (ALC).

Dear Judge Carter:

    I represent Jose Martes, who is scheduled to be sentenced on September 14, 2021. Mr. Martes requests that I be relieved as his counsel and that new counsel be appointed for him. I concur with his request, as we have had a breakdown in our communication which I do not believe can be repaired. While this will cause a delay in sentencing, Mr. Martes faces a five-year mandatory minimum sentence and has not yet served that amount of time.

    Thank you for your attention.

Very truly yours,

/s/
Jesse M. Siegel

*The application is granted. So Ordered.*

/s/ Andrew L. Carter
9-2-21