UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
UNITED STATES OF AMERICA :
:
-against- :          **ORDER**
:
Jose Martes :
:          19-CR-499 (ALC)
:          Docket #
:
------------------------------------x

Andrew L. Carter, Jr._____, **DISTRICT JUDGE:**
       Judge's Name

The C.J.A. attorney assigned to this case

Jesse Siegel_____ is hereby ordered substituted
       Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to  Richard Ma_____, NUNC-PRO-TUNC _____.
                             Attorney's Name

                                    SO ORDERED.

                           _____
                           UNITED STATES DISTRICT JUDGE

    9/2/21
**Dated:  New York, New York**