UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United States of America,

                                                  **ORDER**

                                                  **19-CR-499(ALC)**

        -against-

Jose Martes,
-------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

      The sentencing set for September 9, 2021 is adjourned without a date.

      **SO ORDERED.**

Dated: New York, New York
       September 8, 2021

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**