USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-21-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                    **ORDER**

                                    19-CR-499 (ALC)

-against-

Jose Martes,

-----------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

    Sentencing set for **February 1, 2022** at **2:00 p.m.**

    **SO ORDERED.**

Dated: New York, New York
          January 21, 2022

                                            _____
                                            ANDREW L. CARTER, JR.
                                            UNITED STATES DISTRICT JUDGE