USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-28-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                                                            **ORDER**
                                                            19-CR-499 (ALC)

          -against-

Jose Martes,
-----------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

    Sentencing set for **February 22, 2022** at **2:00 p.m.**

    SO ORDERED.

Dated: New York, New York
        January 28, 2022

                                          _____
                                          ANDREW L. CARTER, JR.
                                          UNITED STATES DISTRICT JUDGE